IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

BENJAMIN HUBBARD                                                                                    PLAINTIFF

3:15-cv-00295-JTK

CAROLYN COLVIN, *Acting Commissioner*,                                              DEFENDANT
Social Security Administration

## ORDER

Defendant's unopposed motion to reverse and remand (Doc. No. 17) is granted. The case is remanded to the Commissioner of the Social Security Administration for further proceedings consistent with Defendant's motion, pursuant to the fourth sentence of 42 U.S.C. § 405(g).

So ordered this 24th day of March, 2016.

_____
United States Magistrate Judge