IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

BENJAMIN HUBBARD                                                              PLAINTIFF

V.                          CASE NO. 3:15-cv-00295-JTK

CAROLYN W. COLVIN, *Acting Commissioner,*
Social Security Administration                                                DEFENDANT

## JUDGMENT

Judgment is entered for the Plaintiff, reversing the final decision of the Commissioner and remanding this case for further evaluation consistent with the findings of the Court.

So adjudged this 24th day of March, 2016.

_____
United States Magistrate Judge